UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Lincoln Electric Company, et al., | ) | Case No. 1:09 CV 1844, 1:09 CV 1858 |
| | ) | 1:09 CV 1869 |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | ORDER OF DISMISSAL |
| Atlantic China Welding Consumables, et al., | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the above captioned cases are DISMISSED WITHOUT PREJUDICE, with leave for Plaintiffs to move to re-instate the actions if necessary within 60 days of the conclusion of the ITC investigation.

IT IS SO ORDERED.

_/s/ Donald C. Nugent_
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: January 4, 2010